## Commonwealth, By Bosworth, et al. v. Provident Savings Life Assurance Society.

(Decided November 13, 1913).

### Appeal from Franklin Circuit Court.

Insurance, Life—Premiums—Modification of Opinion as to Tax on Premiums.—The original opinion in this case (155 Ky., 197) is modified to the extent of the withdrawal of the direction to the lower court to render a judgment for the premiums received.

JAMES GARNETT, Attorney General, C. R. McDOWELL and JOHN A. JUDY for appellants.

WM. MARSHALL BULLITT, CLARENCE C. SMITH, KEITH L. BULLITT and BRUCE & BULLITT for appellee.

RESPONSE BY JUDGE HANNAH TO PETITION FOR MODIFICATION OF OPINION.

Appellee asks a modification of the opinion herein (155 Ky., 197) eliminating therefrom the imperative direction that the lower court render judgment against it for the premiums received. This language having been inadvertently used, the petition is granted; the opinion is modified by the withdrawal of said direction; and the case is remanded with direction to sustain the demurrer of the Commonwealth to the answer, and for further proceedings consistent with the opinion.